1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                  OAKLAND DIVISION

10

11   UNITED STATES OF AMERICA,              Case No:  CR 94-00007 SBA

12            Plaintiff,                    **ORDER SETTING BRIEFING SCHEDULE**

13        vs.                              Dkt. 235

14   EURAL WILLS II,

15            Defendant.

16

17        IT IS HEREBY ORDERED THAT the Government shall file a response to

18   Defendant's Motion for Remission of Fine and Restitution or Adjust the Payment Schedule

19   (Dkt. 235) by no later than <u>November 11, 2013</u>.  If Defendant desires to file a reply, he

20   shall do so by no later than <u>November 25, 2013</u>.  The Court will take the matter under

21   submission as of the date the reply is due.

22        IT IS SO ORDERED.

23   Dated:  October 21, 2013                *Saundra B Armstrong*

24                                          SAUNDRA BROWN ARMSTRONG
                                            United States District Judge
25

26

27

28