UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>EURAL WILLS II,<br><br>     Defendant. | Case No: CR 94-0007 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR TURN OVER OF FUNDS** |

On March 23, 2016, the United States filed a Motion for Order Requiring Turn Over of Funds Held in Defendant's Bureau of Prisons Inmate Trust Account. Dkt. 245. Defendant's response to the United States' motion shall be filed no later than **Friday, April 29, 2016**. The United States' reply shall be filed no later than **Friday, May 13, 2016**. The motion, which is currently noticed for April 13, 2016, will be decided on the papers without oral argument. Accordingly, the hearing is VACATED.

IT IS SO ORDERED.

Dated: March 24, 2016

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge